UNITED STATES COURT OF INTERNATIONAL TRADE              FORM 1

| HUHTAMAKI, INC., |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

**Court No. 25-00048**

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

**PROTEST**

| Port(s) of Entry: Laredo, Texas (Port 2304) | Center (if known): CEE008 Consumer Products and Mass Merchandising |
|---|---|
| Protest Number: 230424103070 | Date Protest Filed: 05/29/2024 |
| Importer: Huhtamaki, Inc. | Date Protest Denied: 08/26/2024 |
| Category of Merchandise: Plates and clamshell containers of molded bamboo pulp | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 581-0167488-4 | 12/30/2022 | 12/01/2023 | | | |
| 581-0167815-8 | 01/09/2023 | 12/08/2023 | | | |
| 581-0172680-9 | 02/28/2023 | 01/26/2024 | | | |

Jennifer M. Smith-Veluz
The Bristol Group PLLC
1707 L Street, NW
Suite 1050
Washington, DC 20036
Tel.: (202) 991-2705
Email: jennifer.smith@bristolgrouplaw.com

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Plates and clamshell containers of molded bamboo pulp | 9903.88.03 | 25% | 9903.88.67 | Free |
| Plates of molded bamboo pulp | 4823.70.0040 | Free | 4823.70.0020 | Free |

### Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

U.S. Customs and Border Protection ("CBP") decided that the merchandise was subject to the Section 301 duty specified in subheading 9903.88.03 of the Harmonized Tariff Schedule of the United States ("HTSUS") under 19 U.S.C. § 1514(a)(2). The protest claimed that the merchandise was subject to the Section 301 duty exclusions provided in U.S. Note 20(ttt)(iii)(53) and (54) and subheading 9903.88.67, HTSUS.

The plates were also improperly classified under subheading 4823.70.0040, HTSUS. The protest claimed that the plates are properly classified under subheading 4823.70.0020, HTSUS.

The issue which was common to all such denied protests:

Applicability of Section 301 duty exclusions under U.S. Note 20(ttt)(iii)(53) and (54) and subheading 9903.88.67, HTSUS.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

2/21/2025
Date